THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$30,250 IN U.S. CURRENCY,<br>$11,000 IN U.S. CURRENCY,<br>$11,750 IN U.S. CURRENCY,<br>AND ANY ACCRUED INTEREST,<br><br>Defendants. | CASE NO. C20-1642-JCC<br><br>ORDER |

This matter comes before the Court on the United States' motion for entry of default judgment of forfeiture (Dkt. No. 11). Having thoroughly considered the motion and the record, the Court FINDS entry of default judgment appropriate for the following reasons:

- The United States properly served, by direct notice and publication, all potential claimants to the above-captioned funds (*see* Dkt. Nos. 3, 8, 9, 9-1);

- No one has filed a claim to the funds or otherwise appeared in this case;

- On March 4, 2021, the Clerk of Court entered default against all potential claimants (Dkt. No. 10); and,

- The funds, and any interest that has accrued at the established rate provided by 28 U.S.C. § 1961(a), constitute a sum certain.

ORDER
C20-1642-JCC
PAGE - 1

The Court, accordingly, enters a default judgment of forfeiture, as follows:

1. The above-captioned funds, and any interest accrued herein at the established rate provided by 28 U.S.C. § 1961(a), are fully and finally forfeited, in their entirety, to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 981(a)(1)(A); hereafter, no right, title, or interest in the funds and any accrued interest shall exist in any other party; and,

2. The United States Marshals Service, and/or its agents and representatives, shall dispose of the funds and any accrued interest as permitted by governing law.

It is so ORDERED.

DATED this 12th day of March 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE